UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherihan Eskander,<br><br>        Plaintiff,<br><br>     vs.<br><br>Diversified Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: **3:11-cv-04963-JW**<br><br>[~~PROPOSED~~] **ORDER TO DISMISS COMPLAINT PURSUANT TO FRCP 41(a)(1)(ii)** |

Based on the stipulation of counsel for the parties, the case is dismissed in its entirety, with prejudice, each party to bear its own costs.

Dated:  March 1, 2012

*/s/ James Ware*
Hon. James Ware, United States District Judge

**3:11-cv-04963-JW**  [~~PROPOSED~~] ORDER FOR DISMISSAL